UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   22-07094 |
| Lorna F Clegg | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ON MOTION TO VOLUNTARILY DISMISS CASE

THIS MATTER coming to be heard on the MOTION TO VOLUNTARILY DISMISS CASE, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS HEREBY ORDERED:

The Debtor's Motion to Voluntarily Dismiss Case is granted.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  September 22, 2022

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600